## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01036-RPM

DELOIS J. HAYNES-TAYLOR,

    Plaintiff,

v.

CHASE BANK USA, N.A.;
EXPERIAN INFORMATION SOLUTIONS, INC.;
FREDERICK J. HANNA & ASSOCIATES, P.C.;
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

_____

## ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE
_____

THE COURT, having reviewed Plaintiff Delois J. Haynes-Taylor's ("Plaintiff") Notice of Dismissal of Certain Claims With Prejudice (the "Notice"), and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Notice shall be and is hereby APPROVED. All claims and causes of action asserted by Plaintiff against Defendant Chase Bank USA, N.A. and Defendant Frederick J. Hanna & Associates, P.C. shall be and are hereby DISMISSED *with prejudice*, with each party responsible for its/her own attorneys' fees and costs.

DONE and ENTERED this 4th day of June, 2014.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge