# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01036-RPM

DELOIS J. HAYNES-TAYLOR,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

_____

## ORDER ON STIPULATED MOTION TO DISMISS PARTY
_____

This matter is before the Court upon the Stipulated Motion to Dismiss Party. The Court GRANTS the Stipulated Motion to Dismiss Party. All claims against the Defendant Experian Information Solutions, Inc. are hereby dismissed with prejudice, and each side is to bear their own attorney's fees and costs.

Dated:   August 15, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge