## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01036-RPM

DELOIS J. HAYNES-TAYLOR,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

_____

## ORDER ON STIPULATED MOTION TO DISMISS PARTY
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [14] filed August 29, 2014, it is

    ORDERED that plaintiff's claims against Defendant Equifax Information Services LLC are dismissed with prejudice, each party to bear their own costs.

    Dated:   September 2, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch, Senior District Judge